# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL REYES,<br><br>   Petitioner,<br><br> v.<br><br>RAYMOND MADDEN, Warden,<br><br>   Respondent. | Case No. SACV 16-02125 GW (AFM)<br><br>**POST-REMAND JUDGMENT GRANTING CONDITIONAL WRIT OF HABEAS CORPUS** |

Pursuant to the Ninth Circuit's order remanding the Petition to this Court, IT IS HEREBY ADJUDGED that:

(1) The Petition is granted with respect to Petitioner's first-degree murder conviction, and that conviction is vacated. Respondent shall release Petitioner from all consequences of that conviction unless, within ninety (90) days of the date of Judgment, the State resentences Petitioner for second-degree murder or provides Petitioner with a new trial on the first-degree murder charge.

(2) In all other respects, the Petition is denied.

DATED: September 10, 2019

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE